# United States District Court

WESTERN DISTRICT OF WASHINGTON

KING K. GARDNER

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5545FDB

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

This case was vacated and remanded to the District Court, pursuant to the Judgment by U.S. Court of Appeals, dated 11/13/07. The District Court is to remand this case to the Commissioner for further proceedings consistent with this disposition.

January 15, 2008                                BRUCE RIFKIN
                                                                    Clerk

                                                                s/ D. Forbes
                                                              By, Deputy Clerk