# United States District Court

WESTERN DISTRICT OF WASHINGTON

KING K. GARDNER

       v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5545FDB

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That Plaintiff's attorney Amy M. Gilbrough is hereby awarded EAJA fees of $5447.15 and expenses of $0.00 pursuant to 28 U.S.C. §2412 and costs of $0.00 as set out at 28 U.S.C. §1920.

February 6, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk