# United States District Court

WESTERN DISTRICT OF WASHINGTON

KING K. GARDNER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5545FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney's Fees [Dkt. #34] is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) gross attorney fees in the sum of $32,028.98. The Commissioner is directed to subtract the previously awarded EAJA fees and other attorney fees paid counsel and sent to Plaintiff's counsel an award of $16,154.33, minus any applicable processing fees as allowed by statute.

|  |  |
|---|---|
| July 21, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |